**Jack D. TIRRILL, Appellant,**

v.

**Joseph J. McNAMARA, Appellee.**

**No. 71–1024.**

United States Court of Appeals,
Ninth Circuit.

Dec. 3, 1971.

———◆———

John L. Svoboda, Springfield, Or., for appellant.

Sidney I. Lezak, U. S. Atty., Portland, Or., Morton Hollander, Dept. of Justice, Washington, D. C., Michael L. Morehouse, Asst. U. S. Atty., Portland, Or., for appellee.

Before HAMLEY, ELY, and KILKENNY, Circuit Judges.

PER CURIAM:

The District Court dismissed Tirrill's complaint, seeking recovery for alleged medical malpractice, and this appeal followed. We affirm.

Our court has consistently held that an army physician is immunized from tort liability to a fellow soldier when the alleged act of malpractice occurred in a military hospital and was committed by the physician in the line of his military duty. *E. g.*, Bailey v. Van Buskirk, 345 F.2d 298 (9th Cir. 1965), *cert. denied*, 383 U.S. 948, 86 S.Ct. 1205, 16 L.Ed.2d 210 (1966). *See also* Feres v. United States, 340 U.S. 135, 71 S.Ct. 153, 95 L. Ed. 152 (1950); Mattos v. United States, 412 F.2d 793 (9th Cir. 1969); Bailey v. DeQuevedo, 375 F.2d 72 (3d Cir.), *cert. denied*, 389 U.S. 923, 88 S. Ct. 247, 19 L.Ed.2d 274 (1967).

Affirmed.